IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 08-cv-00305-EWN-MEH

DAVID MENGES,

    Plaintiff,
v.

ABF FREIGHT SYSTEMS, INC.,

    Defendant.

## MINUTE ORDER

**Entered by Michael E. Hegarty, United States Magistrate Judge, March 14, 2008.**

    Plaintiff's Motion for Leave to File Amended Complaint [Filed March 14, 2008; Docket #11] is **stricken**, for failure to comply with D.C.Colo.L.Civ.R. 7.1.A, Duty to Confer. Only motions filed pursuant to Rules 12 and 56 are exempt from this requirement. As Plaintiff correctly points out, Defendant has not filed a responsive pleading, and Rule 15(a) allows him to amend his pleading as a matter of course without seeking leave of court. Accordingly, Plaintiff should either simply file an amended complaint or, if necessary, file a motion that complies with the Local Rules.