IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 08-cv-00305-EWN-MEH

DAVID MENGES,

      Plaintiff,

v.

ABF FREIGHT SYSTEMS, INC.,

      Defendant.

## MINUTE ORDER

**Entered by Michael E. Hegarty, United States Magistrate Judge, April 25, 2008.**

      Plaintiff has filed a Motion for Leave to File a Second Amended Complaint [Filed April 8, 2008; Docket #18].  At the Scheduling Conference held April 24, 2008, Defendant's counsel stated that Defendant took no position on the motion and did not intend to file a Response.  Having reviewed the record in this case, the timing of the request, and the liberal standard of Rule 15(a), the Motion to File Second Amended Complaint is **granted**.  The Clerk of the Court is directed to file Docket #18-2 as Plaintiff's Second Amended Complaint, which is deemed filed this day.