IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Chief Judge Edward W. Nottingham**

Civil Action No. 08–cv–00305–EWN–MEH

DAVID MENGES,

    Plaintiff,

v.

ABF FREIGHT SYSTEM, INC.,

    Defendant.

---

# ORDER

---

This matter is before the court on: (1) "Defendant's Motion to Dismiss," filed March 5, 2008; and (2) "Defendant's Motion to Dismiss Plaintiff's Amended Complaint," filed March 31, 2008. On March 17, 2008, Plaintiff filed his first amended complaint. (Am. Compl. and Jury Demand [filed Mar. 17, 2008].) On April 25, 2008, Plaintiff filed his second amended complaint. (Second Am. Compl. and Jury Demand [filed Apr. 25, 2008].) Because both of Defendant's motions are directed at inoperative pleadings, they are hereby denied as moot. *See Gilles v. United States*, 906 F.2d 1386, 1389 (10th Cir. 1990).

Based on the foregoing it is therefore ORDERED that:

1.     Defendant's first motion to dismiss (#8) is DENIED as moot; and

2.     Defendant's second motion to dismiss (#16) is DENIED as moot.

Dated this 16th day of May 2008.

                                  BY THE COURT:

                                  s/ Edward W. Nottingham
                                  EDWARD W. NOTTINGHAM
                                  Chief United States District Judge