**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Christine M. Arguello**

Civil Action No. 08-cv-00305-CMA-MEH

DAVID MENGES,

    Plaintiff,

v.

ABF FREIGHT SYSTEM, INC.,

    Defendant.

---

**ORDER RESETTING FINAL TRIAL PREPARATION CONFERENCE**

---

THIS MATTER comes before the Court *sua sponte.* It appears from a review of this Court's docket that a scheduling conflict exists on the Final Trial Preparation Conference date in this case. Therefore,

IT IS ORDERED that the Final Trial Preparation Conference set for August 24, 2009 at 8:30 a.m. is hereby rescheduled to **August 24, 2009, at 1:30 p.m.**

DATED: August 3, 2009.

                                          BY THE COURT:

                                          _____
                                          CHRISTINE M. ARGUELLO
                                          United States District Judge